NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC MAJETTE,<br><br>Defendant. | Civ. No. 13-7238<br><br>**ORDER** |

THOMPSON, U.S.D.J.

      IT APPEARING as follows:

1. Plaintiff United States of America filed a Complaint against Defendant Eric Majette on December 3, 2013 (Doc. No. 1);

2. Process was served on Defendant on February 7, 2014 (Doc. No. 3, 4);

3. Defendant has not filed an Answer or other responsive pleading in this matter;

4. Default was entered against Defendant on March 4, 2014 (Clerk's Entry, March 4, 2014);

5. Plaintiff filed a Motion for Default Judgment on June 13, 2014 (Doc. No. 6);

6. Defendant has not filed any opposition to this Motion;

7. Defendant has admitted his role in the scheme before this Court in connection with a criminal case, and he is currently incarcerated in connection with his guilty plea to one count of aiding and assisting in the preparation of false tax returns (26 U.S.C. § 7206(2)), and one count of corrupt endeavor to impede the IRS (26 U.S.C. § 7122(a));

1

8. Defendant has continually and repeatedly engaged in conduct subject to penalty under 26 U.S.C. § 6694 and has continually and repeatedly engaged in other fraudulent or deceptive conduct that substantially interferes with the administration of the tax laws, and a narrower injunction prohibiting him from engaging in only the specific misconduct would be insufficient; accordingly,

IT IS, on this 12th day of November, 2014

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; and it is

ORDERED that judgment is entered in favor of Plaintiff and against Defendant; and it is

ORDERED that pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, Defendant is permanently enjoined from:

(a) Acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other related documents or forms for any person other than himself and his legal spouse;

(b) Advising, assisting, counseling, or instructing anyone about the preparation of a federal income tax return;

(c) Engaging in any other activity subject to penalty under 26 U.S.C. §§ 6694, 6701, or any other penalty provision in the Internal Revenue Code;

(d) Representing, or appearing on behalf of, any person before the Internal Revenue Service; and

(e) Otherwise engaging in any conduct that substantially interferes with the property administration and enforcement of the Internal Revenue laws; and it is

ORDERED that pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, Defendant is required, within 30 days of the Court's order, to contact by United States mail or e-mail if an e-mail address is known, all persons for whom he prepared or assisted in preparing federal tax returns to inform them of the permanent injunction entered against him; and it is

2

ORDERED that pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, Defendant is required to produce to counsel for the United States, within 30 days of the Court's order, a list that identifies by name, social security number, address, e-mail address, telephone number, and tax period(s) all persons for whom he prepared or assisted in preparing federal tax returns; and it is

ORDERED that this Court retains jurisdiction over Defendant and over this action to enforce the terms of this order; and it is

ORDERED that the United States is entitled to conduct discovery to monitor Defendant's compliance with the terms of this order.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.